**No. 11-6764. Juan Rivas-Moreiera, Petitioner v. United States.**

565 U.S. 1020, 132 S. Ct. 565, 181 L. Ed. 2d 407, 2011 U.S. LEXIS 7976.

November 7, 2011. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 17 A.3d 1196.